UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR02-148-RSL |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| LESLIE ANN SITES, | ) | |
| Defendant. | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on September 12 , 2008. The United States was represented by AUSA Ronald Friedman and the defendant by Carol Koller. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 22, 2002, by the Honorable Barbara Jacobs Rothstein on charges of Conspiracy to Produce Fictitious Obligations, Possession of Fictitious Obligations and Production of False identification Documents, and sentenced to 48 months custody, 5 years supervised release. (Dkt. 33.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to mandatory drug testing,

participate in a drug treatment program, abstain from alcohol, submit to search, participate in a mental health program, pay restitution, provide access to financial information, maintain a single checking account for all financial transactions, disclose all assets and liabilities, allow inspection of her personal computer, notify her probation officer of any software purchases, be prohibited from incurring any new obligations or obtaining new lines of credit, and be prohibited from possessing any identification documents in any but her true identity. An amended judgment was entered on February 7, 2003 (Dkt. 34).

On September 21, 2006, defendant was found to have violated the conditions of supervised release by committing the crime of theft in the first degree, committing the crime of possession of stolen property, committing the crime of production of false identification documents, possessing identification in another person's name, and associating with a convicted felon. (Dkt. 45.) Defendant was sentenced to twenty-four months in custody, 3 years supervised release. (Dkt. 51.) Defendant was also ordered to allow ongoing monitoring of her computer, disclose all assets and liabilities, disclose any business interests, be prohibited from employment from friends or relatives or self-employment or work for cash, provide verification of all employment, be prohibited from entering any facility that contains a health club, spa, swimming pool or workout center without permission, and participate in home confinement with electronic monitoring for up to 180 days. Supervision was modified on May 6, 2008 to require residence in a community corrections center for up to 180 days. (Dkt. 52.)

In an application dated September 11, 2008 (Dkt. 53), U.S. Probation Officer Jerrod Akins alleged the following violation of the conditions of supervised release:

1. Possessing a controlled substance on September 8, 2008 in violation of standard

condition No. 7.

Defendant was advised in full as to the charge and as to her constitutional rights. Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this 15th day of September, 2008.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Ronald Friedman, Kathryn Warma
Defendant's attorney: Carol Koller
Probation officer: Jerrod Akins

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3